# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jason Allyn Mehrer**; DOB: 1983; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. 24-04966MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about September 23, 2024, in the District of Arizona, **Jason Allyn Mehrer**, knowing or in reckless disregard that certain aliens, including Raymundo Gutierrez-Dimas, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about September 23, 2024, at approximately 6:37 p.m. in the District of Arizona (Patagonia), a United States Border Patrol Agent (BPA) observed a Dodge Durango with a temporary license plate traveling south on Forest Service Road (FSR) 61 and requested record checks. The registration returned suspended and did not appear to have insurance. The vehicle was registered to addresses out of Mesa, Arizona and Cornville, Arizona, which are approximately two and four hours away from the area. The vehicle had two different three-day restricted use permits issued in the last two weeks. Another BPA observed the vehicle near FSR-128 and FS-4015, approximately two and a half miles north of the International Boundary Fence (IBF). At approximately 7:40 p.m. BPAs observed the vehicle traveling back north and conducted a stop. The driver was identified as **Jason Allyn Mehrer**. BPAs observed a man lying on the floorboards and another on the second row of seats. Three passengers including Raymundo Gutierrez-Dimas were discovered in the vehicle and determined to be Mexican citizens illegally present in the United States.

Records checks revealed that Raymundo Gutierrez-Dimas did not have the proper immigration documentation to enter or remain in the U.S. legally.

Material witness Raymundo Gutierrez-Dimas stated that he is a citizen of Mexico and had arranged to be smuggled into the United States for $12,000 USD. Gutierrez crossed the IBF with two others and followed instructions from a foot guide to the pickup location. The guide told the group that an SUV would approach their location and flash the lights. At the pickup location a dark SUV arrived and flashed its lights. Gutierrez and the two others walked toward the vehicle, opened the door, and laid down in the rear passenger side. The driver transported them for approximately 30 minutes before they were arrested by Border Patrol. When shown a photo lineup, Gutierrez was able to positively identify **Mehrer** as the driver.
**Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Raymundo Gutierrez-Dimas

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*/s/ B. Shett/*<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x  | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Maria S. Aguilera* | DATE<br>September 24, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from the previous page:**

In a post-*Miranda* statement, **Mehrer** stated that he met a man with cartel ties at the shop he works at. The man asked him to transport some people from Patagonia to Phoenix, Arizona and paid him $150 USD. **Mehrer** stated that the payment was only to cover trip expenses, not for monetary gain, and that he did it because he fears the man. **Mehrer** agreed and drove to Patagonia and met the man at the Patagonia market. **Mehrer** was instructed to drive to a GPS location and pick up some people. He drove to the location near the IBF and three Undocumented Non-Citizens (UNCs) came running and entered his vehicle. **Mehrer** tried talking to the UNCs but none of them spoke English. He began transporting them to Patagonia but was later arrested. **Mehrer** planned to transport the UNCs to the man and he would drive them to Phoenix since he knew how to avoid the Border Patrol checkpoints from having worked as a foot guide. **Mehrer** provided consent to a search of his phone. BPAs discovered photos that showed **Mehrer** may have picked up UNCs on September 15, 2024, at the same location.